LUBASH v. CHARLES A. SIGMUND REALTY CO. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by Aaron Lubash against the Charles A. Sigmund Realty Company. No opinion. Motion to dismiss appeal denied, on condition that the appellant perfect its appeal, place the case at the foot of the present calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

LUBASH v. CHARLES A. SIGMOND REALTY CO. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by Aaron Lubash against the Charles A. Sigmond Realty Company. No opinion. Appeal dismissed by default, with costs.

LUBASH v. SIGMUND. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by Aaron Lubash against Charles A. Sigmund. No opinion. Motion to dismiss appeal denied, on condition that the appellant perfect his appeal, place the case at the foot of the present calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

LUBASH v. SIGMUND. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by Aaron Lubash against Charles A. Sigmund. No opinion. Appeal dismissed by default, with costs.

LUND, Appellant, v. BARRETT MFG. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by Annie Lund, as administratrix, etc., of Albin Lund, deceased, against the Barrett Manufacturing Company. No opinion. Motion granted, without costs.

MAASS, Respondent, v. TIETZ, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 27, 1912.) Action by Edward A. Maass against Bernhard Tietz, impleaded with others. (Action No. 1.) No opinion. Judgment and order of the County Court of Kings County affirmed, with costs.

MAASS, Respondent, v. TIETZ, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 27, 1912.) Action by Edward A. Maass against Bernhard Tietz, impleaded with others. (Action No. 2.) No opinion. Judgment and order of the County Court of Kings County affirmed, with costs.

McCAFFREY, Respondent, v. BOARD OF EDUCATION, Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1912.) Action by Thomas McCaffrey against the Board of Education. C. McIntyre, of New York City, for appellant. J. E. O'Brien,

of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

McDERMOTT v. CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. November 13, 1912.) Appeal from Trial Term, Erie County. Action by Julia McDermott against the City of Buffalo. From a judgment for defendant, and a denial of a new trial, plaintiff appeals. Reversed, and new trial granted. Robert W. Farrington, of Buffalo, for appellant. Clark H. Hammond, of Buffalo, for respondent.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the trial court erred in holding that the plaintiff was guilty of contributory negligence as matter of law, and that the evidence was sufficient to present a question of fact in that regard as well as upon the question of defendant's negligence.

FOOTE, J. (dissenting). There was not sufficient evidence of defendant's negligence to entitle plaintiff to have that question left to the jury. The weather conditions prior to the day of the accident were not shown. The uneven condition of the icy surface of the walk was not shown to have been due to neglect. It may have been common to all or many of the walks in the city at that time, because of weather conditions and in spite of due diligence to keep them clean. Rogers v. City of Rome, 96 App. Div. 427, 89 N. Y. Supp. 130; Hatch v. City of Elmira, 142 App. Div. 176, 126 N. Y. Supp. 863; Harrington v. City of Buffalo, 121 N. Y. 147, 24 N. E. 186.

McELROY, Respondent, v. GOLDSTEIN, Appellant. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Robert L. McElroy against Albert Goldstein. A. Van Wyck, of New York City, for appellant. M. Conboy, of New York City, for respondent.

PER CURIAM. Judgment modified, as stated in order, and, as modified, affirmed, with costs to plaintiff. Order filed. See, also, 151 App. Div. 936, 135 N. Y. Supp. 1125.

LAUGHLIN, J., dissents, on the ground that in his opinion there was a failure of consideration.

McENEARNEY, Respondent, v. RICHMOND LIGHT & R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1912.) Action by Stephen J. McEnearney against the Richmond Light & Railroad Company.

PER CURIAM. Judgment and order of the County Court of Richmond County reversed, and new trial ordered, costs to abide the event, upon the ground that the evidence fails to show that plaintiff was free from contributory negligence.

HIRSCHBERG, J., dissents.

McGINNIS, Respondent, v. BOSTON & A. R. CO., Appellant. (Supreme Court, Appellate